JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY ALONZO, | NO. CV 12-1346-CAS (AGR) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| G. D. LEWIS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 13, 2014

_____
CHRISTINA A. SNYDER
United States District Judge